**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 20-cv-23466-KMW**

MARIO DYRELL GODHIGH,

     Plaintiffs,

vs.

SECRETARY,
DEPARTMENT OF CORRECTIONS, *et al*,

     Defendants.

_____/

## ORDER

    **THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's report and recommendation (DE 6) ("Report") regarding Plaintiff's petition for writ of habeas corpus.  No objections to the Report were filed. Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** that:

1. The conclusions in the Report (DE 6) are **AFFIRMED AND ADOPTED**.

2. This action is **DISMISSED**.

3. No certificate of appealability shall issue.

4. All pending motions are **DENIED AS MOOT**.

5. The Clerk is directed to **CLOSE** this case.

    **DONE AND ORDERED** in Chambers in Miami, Florida, this <u>19th</u> day of October, 2020.


KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:
Mario Dyrell Godhigh
M28779
Lake Correctional Institution
Inmate Mail/Parcels
19225 US Highway 27
Clermont, FL 34715